IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 02-73 |
| | ) | |
| OLIVER BEASLEY | ) | |

### ORDER

AND NOW, this 22nd day of Dec., 2005, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that the United States shall have until March 31, 2006, within which to file its responses to the petitions contesting forfeiture of property filed by Oliver Beasley, Rhonda Beasley, Rosemarie Beasley, and Melvin Robinson. The United States may issue subpoenas to obtain lien and mortgage information against the subject properties. The United States may also obtain full appraisals of the subject properties at a mutually agreeable time.

*Donetta W. Ambrose*
J.