IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 02-73 |
| ) | |
| OLIVER BEASLEY ) | |
| ) | |
| Defendant. ) | |

ORDER OF COURT

AND NOW, this 20th day of Sept, 2006, it is hereby ORDERED, ADJUDGED and DECREED that this Stipulation be, and hereby is hereby approved, the terms of which are incorporated by reference in their entirety into this Order. It is further ORDERED that the mortgage held by National City Bank, which was filed on February 5, 1991, and recorded in MBV 11209, Page 293, in the Recorder of Deeds Office of Allegheny County, Pennsylvania, be, and hereby is, divested against the real property located at 2531 Perrysville Avenue, Pittsburgh, Pennsylvania.

_____ J.