IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 02-73 |
| ) | |
| OLIVER BEASLEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF COURT**

AND NOW, this ___25th___ day of ___Sept___, 2006, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order. It is further ORDERED that:

1. All of the right, title and interest of the United States in the real property located at Lot 4, Grandview Road, Perry Township, Pennsylvania (the "Subject Real Property") is hereby released and satisfied.

2. The United States shall satisfy its lis pendens against the Subject Real Property.

3. Abdul Mansour and Shaudy Mansour shall pay the United States the sum of $48,000.00 in complete and full satisfaction of the forfeiture rights of the United States against the Subject Real Property.

4. The $48,000.00 paid to the United States is hereby forfeited to the United States free and clear of all right, title and interest of any person or entity.

_____
United States District Judge