IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | Criminal No. 02-73 |
| ) | |
| OLIVER BEASLEY ) | |

**ORDER**

AND NOW, this _28th_ day of _Feb_, 2007, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that this civil forfeiture action is stayed until further Order of Court, including, without limitation the duty of the United States to file its responses to the petitions contesting forfeiture of property filed by Oliver Beasley, Rhonda Beasley, Rosemarie Beasley, and Melvin Robinson. The United States may issue subpoenas to obtain lien and mortgage information against the subject properties. The United States may also obtain full appraisals of the subject properties at a mutually agreeable time.

This case shall be marked as administratively closed.

_Donetta W. Ambrose_
J.